MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Specially Appearing for Defendant
Raymond LaHood,
Secretary, United States Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBY SANDERS, ) | Case No. CV 11-04391 EJD |
|    Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| RAYMOND LAHOOD, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
|    Defendant. ) | |

    The Office of the United States Attorney was served by certified mail with the summons and complaint in this action on February 7, 2012. The defendant's response to the complaint is currently due no later than April 9, 2012. A case management conference for this case, which has previously been continued, is currently scheduled for March 30, 2012. So that the parties will have a reasonable opportunity to discuss case management issues after the defendant's response to the complaint, the parties hereby STIPULATE AND REQUEST that the case management conference be continued to April 20, 2012 or a subsequent date convenient to the Court.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. CV11-4391 EJD     -1-

1     IT IS SO STIPULATED.

2                           Respectfully submitted,

3 DATED: March 16, 2012        EMPLOYMENT RIGHTS ATTORNEYS

4

5                           /s/ Richard Dean Schramm

6                           RICHARD DEAN SCHRAMM
                               Attorney for Plaintiff

7 DATED: March 16, 2012        MELINDA HAAG
                               United States Attorney

8

9                           /s/ Claire T. Cormier
                By:

10                           CLAIRE T. CORMIER[1]
                             Assistant United States Attorney

11                           Specially Appearing for Defendant

12

13

14                      **[PROPOSED] ORDER**

15     IT IS HEREBY ORDERED that the case management conference currently scheduled for

16 March 30, 2012 is continued to April 20, 2012.

17     The parties shall file a joint case management on or before April 13, 2012.

18 DATED: March 19, 2012

19                           Edward J. Davila
                             United States District Judge

20

21

22

23

24

25

26

27

28   [1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. CV11-4391 EJD         -2-