1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
   Specially Appearing for Defendant
8  Raymond LaHood,
   Secretary, United States Department of Transportation
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13
   BOBBY SANDERS,                    )   Case No. CV 11-04391 EJD
14                                   )
        Plaintiff,                   )   STIPULATION AND [PROPOSED]
15                                   )   ORDER CONTINUING CASE
        v.                           )   MANAGEMENT CONFERENCE
16                                   )
   RAYMOND LAHOOD, SECRETARY,        )
17 UNITED STATES DEPARTMENT OF       )
   TRANSPORTATION,                   )
18                                   )
        Defendant.                   )
19

20

21      The Office of the United States Attorney was served by certified mail with the summons

22 and complaint in this action on February 7, 2012. The defendant's response to the complaint is

23 currently due no later than April 9, 2012. A case management conference for this case, which

24 has previously been continued, is currently scheduled for March 30, 2012. So that the parties

25 will have a reasonable opportunity to discuss case management issues after the defendant's

26 response to the complaint, the parties hereby STIPULATE AND REQUEST that the case

27 management conference be continued to April 20, 2012 or a subsequent date convenient to the

28 Court.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. CV11-4391 EJD                    -1-

1  IT IS SO STIPULATED.

2                                       Respectfully submitted,

3  DATED: March 16, 2012       EMPLOYMENT RIGHTS ATTORNEYS

4
5                                       /s/ Richard Dean Schramm

6                                       RICHARD DEAN SCHRAMM
                                       Attorney for Plaintiff

7  DATED: March 16, 2012       MELINDA HAAG
                                        United States Attorney
8
9                                       /s/ Claire T. Cormier
                          By:

10                                       CLAIRE T. CORMIER[1]
                                        Assistant United States Attorney

11                                       Specially Appearing for Defendant

12
13
14                              **[PROPOSED] ORDER**

15  IT IS HEREBY ORDERED that the case management conference currently scheduled for

16  March 30, 2012 is continued to April 20, 2012.

17  The parties shall file a joint case management on or before April 13, 2012.

18  DATED: March 19, 2012

19                                       Edward J. Davila
                                        United States District Judge

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. CV11-4391 EJD              -2-