MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant, Raymond LaHood,
Secretary, United States Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBY SANDERS, | Case No. CV 11-04391 EJD |
|    Plaintiff, | **THIRD STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |
| v. | |
| RAYMOND LAHOOD, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPORTATION, | |
|    Defendant. | |

     On April 17, 2012, the Court issued a scheduling order for this case. On April 27, 2012, the Court referred the case to the Court's mediation program. On May 16, 2012, the parties received a notice of appointment of a mediator. In July, having heard nothing from the court-appointed mediator, defendant's counsel contacted the Court's ADR office. After some discussion, it was determined that the ADR office would appoint a different mediator for the case. On August 2, 2012, the Court appointed William Murphy as mediator. The mediation with Mr. Murphy was scheduled to take place on October 15, 2012, then was rescheduled to November 9, 2012 to accommodate some out-of-state training that plaintiff was required to take relating to his current employment.

Upon stipulation of the parties, the Court has twice modified the scheduling order for this case to accommodate the above issues.

Both parties have propounded and responded to written discovery, and defendant has taken plaintiff's deposition. The parties participated in mediation on November 9, 2012. Though the case has not yet settled, the parties, counsel, and the mediator are having continuing discussions that may yet lead to settlement. Accordingly the parties HEREBY STIPULATE AND REQUEST that the Court make the following modifications to the schedule so that the parties may continue settlement talks prior to spending time and money on further discovery.

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure | January 11, 2013 | February 22, 2013 |
| Fact discovery cutoff | January 31, 2013 | March 14, 2013 |
| Rebuttal Expert Disclosure | February 13, 2013 | March 27, 2013 |
| Expert Discovery Cutoff | March 15, 2013 | April 26, 2013 |
| Last Day to File Dispositive Motions | April 5, 2013 | May 17, 2013 |
| Joint Preliminary Pretrial Conf Stmt | April 22, 2013 | June 3, 2013 |
| Preliminary Pretrial Conference | May 3, 2013 | June 14, 2013 at 11:00 AM |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 26, 2012          EMPLOYMENT RIGHTS ATTORNEYS

/s/ Richard Dean Schramm

RICHARD DEAN SCHRAMM
Attorney for Plaintiff

DATED: November 26, 2012          MELINDA HAAG
United States Attorney

By:     /s/ Claire T. Cormier

CLAIRE T. CORMIER[1]
Assistant United States Attorney

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2 [~~PROPOSED~~] ORDER
3     IT IS SO ORDERED.
4
5 DATED: November 27, 2012 
6                                         Edward J. Davila
                                        United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULE
Case No. CV11-4391 EJD             -3-