1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant, Raymond LaHood,
8  Secretary, United States Department of Transportation

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 BOBBY SANDERS,                   )   Case No. CV 11-04391 EJD
                                    )
14      Plaintiff,                  )   **THIRD STIPULATION AND
                                    )   [PROPOSED] ORDER MODIFYING
15      v.                          )   CASE SCHEDULE**
                                    )
16 RAYMOND LAHOOD, SECRETARY,       )
   UNITED STATES DEPARTMENT OF      )
17 TRANSPORTATION,                  )
                                    )
18      Defendant.                  )

19  _____

20      On April 17, 2012, the Court issued a scheduling order for this case. On April 27, 2012,

21 the Court referred the case to the Court's mediation program. On May 16, 2012, the parties

22 received a notice of appointment of a mediator. In July, having heard nothing from the court-

23 appointed mediator, defendant's counsel contacted the Court's ADR office. After some

24 discussion, it was determined that the ADR office would appoint a different mediator for the

25 case. On August 2, 2012, the Court appointed William Murphy as mediator. The mediation with

26 Mr. Murphy was scheduled to take place on October 15, 2012, then was rescheduled to

27 November 9, 2012 to accommodate some out-of-state training that plaintiff was required to take

28 relating to his current employment.

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE
Case No. CV11-4391 EJD                  -1-

Upon stipulation of the parties, the Court has twice modified the scheduling order for this case to accommodate the above issues.

Both parties have propounded and responded to written discovery, and defendant has taken plaintiff's deposition. The parties participated in mediation on November 9, 2012. Though the case has not yet settled, the parties, counsel, and the mediator are having continuing discussions that may yet lead to settlement. Accordingly the parties HEREBY STIPULATE AND REQUEST that the Court make the following modifications to the schedule so that the parties may continue settlement talks prior to spending time and money on further discovery.

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure | January 11, 2013 | February 22, 2013 |
| Fact discovery cutoff | January 31, 2013 | March 14, 2013 |
| Rebuttal Expert Disclosure | February 13, 2013 | March 27, 2013 |
| Expert Discovery Cutoff | March 15, 2013 | April 26, 2013 |
| Last Day to File Dispositive Motions | April 5, 2013 | May 17, 2013 |
| Joint Preliminary Pretrial Conf Stmt | April 22, 2013 | June 3, 2013 |
| Preliminary Pretrial Conference | May 3, 2013 | June 14, 2013 at 11:00 AM |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 26, 2012                EMPLOYMENT RIGHTS ATTORNEYS

/s/ Richard Dean Schramm

RICHARD DEAN SCHRAMM
Attorney for Plaintiff

DATED: November 26, 2012                MELINDA HAAG
United States Attorney

By:         /s/ Claire T. Cormier

CLAIRE T. CORMIER[1]
Assistant United States Attorney

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE
Case No. CV11-4391 EJD                -2-

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: November 27, 2012

_____
Edward J. Davila
United States District Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE
Case No. CV11-4391 EJD                    -3-