```
1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant
8  Raymond LaHood,
   Secretary, United States Department of Transportation
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBY SANDERS, ) | Case No. CV 11-04391 EJD (HRL) |
| Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FACT DISCOVERY MOTIONS** |
| v. ) ) | |
| RAYMOND LAHOOD, SECRETARY, ) UNITED STATES DEPARTMENT OF ) TRANSPORTATION, ) ) | |
| Defendant. ) | |

The fact discovery cutoff for this case is March 14, 2013. Accordingly, pursuant to Civil Local Rule 37-3, the deadline for filing motions to compel fact discovery is March 21, 2013.

Plaintiff has recently retained new counsel. On March 11, 2013, plaintiff's counsel sent a meet and confer letter to defendant's counsel relating to some previous discovery responses by defendant. In addition, defendant's counsel pointed out some discovery to plaintiff, responses to which are overdue.

In order to allow for the parties and counsel sufficient time to properly meet and confer and attempt to resolve these matters without intervention by the Court, the parties HEREBY

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS TO COMPEL
Case No. CV11-4391 EJD (HRL)                    -1-

1  STIPULATE AND REQUEST that the deadline for filing motions to compel fact discovery[1] be
2  extended to April 11, 2013.
3      IT IS SO STIPULATED.
4                                              Respectfully submitted,
5  DATED: March 13, 2013                       THE VAUGHN LAW FIRM, LLC
6
7                                              /s/ Christopher D. Vaughn
                                               _____
                                               Christopher D. Vaughn
8                                              Attorney for Plaintiff
9  DATED: March 13, 2013                       MELINDA HAAG
                                               United States Attorney
10
11                                             /s/ Claire T. Cormier
                                        By:    _____
12                                             CLAIRE T. CORMIER[2]
                                               Assistant United States Attorney
13
14
15
16                              [~~PROPOSED~~] ORDER
17     IT IS SO ORDERED.
18
19  DATED: March 14, 2013         [signature]
                                  _____
                                  Edward J. Davila
20                                United States District Judge
21
22
23
24
───────────────────────────────
25     [1] The parties note that, because this case has been assigned to Magistrate Judge Howard
26  Lloyd for discovery purposes, the actual procedure for Court intervention would be a Discovery
    Dispute Joint Report to Judge Lloyd, rather than a motion to compel.
27
28     [2] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic
    signatures indicated by a "conformed" signature (/s/) within this e-filed document.